UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

ANTHONY BARRETT,

    Petitioner,

v.

MICHAEL SEPANEK, Warden,

    Respondent.

Civil Action No. 7:16-136-KKC

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1.    Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED AS MOOT**.

2.    This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated May 8, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY